# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  Case No.: 2:22-MC-51143

v                                    Hon. Nancy G. Edmunds

KWAME KILPATRICK,

       Defendant,

and

PAYPAL HOLDINGS, INC.,

       Garnishee.

_____/

## CERTIFICATE OF SERVICE

I, Breanna Wyrabkiewicz, for the Financial Litigation Unit hereby certify that on July 15, 2022, mailed the following documents by U.S. mail to the below recipients:

| | |
|---|---|
| Kwame Kilpatrick<br>506 Inkberry Drive<br>Griffin, GA 30223 | Application for Writ of Garnishment<br>Clerk's Notice of Garnishment<br>Request for Hearing Forms/Notice of Exemptions<br>Certificate of Service |

| | |
|---|---|
| Paypal Holdings, Inc.<br>2211 North First Street<br>San Jose, CA 95131 | Writ of Continuing Garnishment<br>Answer of Garnishee Form<br>Certificate of Service |

DAWN N. ISON
United States Attorney

By: /s/ JACQUELINE M. HOTZ
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9108
E-mail: jackie.hotz@usdoj.gov

Date: July 15, 2022    Michigan Bar No.: (P35219)

ss