**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,   Case No.:   2:22-MC-51143
v   Hon. Nancy G. Edmunds

LATICIA KILPATRICK A/K/A
LATICIA MCGEE A/K/A
LATICIA M BOLDEN AS NOMINEE
OF KWAME KILPATRICK,

       Defendant,
and

PLUMFUND,

       Garnishee.
_____/

## **CERTIFICATE OF SERVICE**

    I, Breanna Wyrabkiewicz, for the Financial Litigation Unit hereby certify that on July 15, 2022, mailed the following documents by U.S. mail to the below recipients:

| | |
|---|---|
| LaTicia Kilpatrick<br>506 Inkberry Drive<br>Griffin, GA 30223 | Application for Writ of Garnishment<br>Clerk's Notice of Garnishment<br>Request for Hearing Forms/Notice of Exemptions<br>Certificate of Service |

| | |
|---|---|
| Plumfund<br>2519 McMullen Booth Road<br>Suite 510-260<br>Clearwater, FL 33761 | Writ of Continuing Garnishment<br>Answer of Garnishee Form<br>Certificate of Service |

DAWN N. ISON
United States Attorney

By: /s/ JACQUELINE M. HOTZ
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9108
E-mail: jackie.hotz@usdoj.gov
Date: July 15, 2022 Michigan Bar No.: (P35219)

ss