UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 26 2024
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

v

KWAME M. KILPATRICK,

        Defendant,
and

MICHIGAN DEPARTMENT
OF TREASURY,

        Garnishee.
_____/

Case No.: 2:22-MC-51143
Hon. Nancy G. Edmunds

## ANSWER OF THE GARNISHEE

I, __Terry Stanton__, the __Unclaimed Property Admin Manager__ of Garnishee,
   (name)                       (title)

**MICHIGAN DEPARTMENT OF TREASURY**, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[____] An individual doing business in the name of _____,

[____] A partnership, [____] LP, [____] LLP, or LLC,

[____] A corporation, organized under the laws of the State of _____,

[____] An executor or personal representative of an estate in the County of _____, State of _____,

[ X ] Other: <u>State of Michigan, Department of Treasury - custodian of unclaimed funds</u>

On <u>3/13/2024</u>, Garnishee was served with a Writ of Continuing
(date)
Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:** **See "Section C" of Attached Claim Form for property details**

**Account 1**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 2**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 3**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**2. Safety Deposit Box:**
**None**
Box No.: _____
Last accessed: _____
Owner(s) other than Judgment Debtor: _____
_____

**3. Real Property located at:**
**None**

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
**None**

5. **Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [____] Yes or [ X ] No

   If the answer is yes, describe below (include case number, state, county):
   _____
   _____

6. **Garnishee has contracted with or employed the Judgment Debtor from**
   _____n/a_____ to _____.

7. **Judgment Debtor's pay period is:**

   [____] weekly, [____] bi-weekly, [____] semi-monthly, [____] monthly, other:
   _____n/a_____.

8. Enter amounts for the current pay period to calculate garnishment as of date of Writ service to calculate garnishment:

   **(a)** Gross Earnings[1]                  $ _____n/a_____

   **(b)** Less deductions required by law:

   　　Federal Income Tax            $ _____

   　　F.I.C.A.                      $ _____

   　　State Income Tax              $ _____

   　　City/Local Income Tax         $ _____

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. 28 U.S.C. §§ 3002-(5)-(6) and (9).

3

    Total of tax withholdings   $ _____

 **(c)** Disposable Earnings[2]

  (**a** less total of **b**)      $ _____

75% of Disposable Earnings $ _____ (exempt pay to Judgment Debtor)

 **(d)** Non-exempt disposable earnings[3] required to be withheld is the lesser of:

 25% of disposable earnings $ _____ or

 Disposable earnings less $217.50 = $ _____.[4] (c) less (30 x $7.25)

**DO NOT DISBURSE WITHHOLDINGS
UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE
FOR A FEE FOR THE EMPLOYER.**

9. **Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest?** [ ____ ] Yes or [ X ] No

---

[2] "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. *Id.*

[3] "Non-exempt disposable earnings" means 25 percent of disposable earnings. *Id.*

[4] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum wage.

If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. |   |   |   |
| 2. |   |   |   |
| 3. |   |   |   |
| 4. |   |   |   |

Other details: _____

_____

_____

IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:

    Check and complete the applicable line below:

    [____] Garnishee has the following objection(s), defense(s), or set-off(s):

    [____] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) KWAME M. KILPATRICK, at: __506 Inkberry Dr, Griffin GA 30223-5901__

(2) [____] by electronic filing or [ X ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [____] by electric filing or [ X ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __19th__ day of __March__, 20__24__.

_____(Signature)_____    __Terry Stanton__ (Print Name)

Title __MI Dept of Treasury Unclaimed Property State Administrative Manager__

Address __PO Box 30756__

City, State, Zip __Lansing, MI 48909__

Telephone and Fax Number __517-636-5307__

Email __StantonT@Michigan.gov__

STATE OF Michigan

COUNTY OF Eaton

Taken, subscribed, and sworn to before me this 19 day of _____ March, 2024.

(Seal)

_____
Notary Public Signature

My Commission Expires 4-3-2025

```
SARA J. COUSINEAU
Notary Public, State of Michigan
County of Clinton
My Commission Expires Apr. 03, 2025
Acting in the County of Eaton
```

7

5634 (REV.05-20)





Claim ID: 4034754

**GRETCHEN WHITMER**
GOVERNOR

**State of Michigan**
**DEPARTMENT OF TREASURY**
**LANSING**

**RACHAEL EUBANKS**
STATE TREASURER

UNITED STATES OF AMERICA
ATTN:S BOWLER RE:KILPATRICK
231 W LAFAYETTE BLVD FL 5TH
DETROIT, MI 48226

March 13, 2024

**Please review and complete claimant and owner information and sign affidavit below. Please allow 90 days for your information to be reviewed.**

### A. Claimant Information

Current Legal Name if different than above:

Current Mailing Address if different than above:

| Claimant SS# / FE# | Owner's SS# / FE# | Daytime Phone ( ) - | Email Address steven.bowler@usdoj.gov |
|---|---|---|---|

### B. Documentation Required - All documents must be LEGIBLE copies. If they are not LEGIBLE, you will be required to provide clear copies.

- **Tax ID for Business** — Provide a government-issued document containing proof of the Tax ID number for the claimant, United States of America.
- **Notarized Signature** — Provide your notarized signature(s) on the claim.
- **Social Security Card** — Provide a copy of the property owner's social security card. Alternatively, you may provide a W-2, 1099 or other government-issued document verifying the complete social security number.
- **Business Card or ID** — Provide a copy of your business card showing your name and title, or your driver's license.
- **Documentation** — Please provide documentation verifying the funds are to be paid to the United States of America (example: garnishment or court order).
- **Claim Authorization** — Provide proof you are authorized to claim on behalf of this business. Examples of authorization may include a letter from an executive of the company authorizing you to claim on behalf of the company, which is either notarized or contains the corporate seal. You may also submit a copy of the corporate filing listing the corporate officers.

    In addition, the unclaimed property staff may perform their own, independent verification.

### C. Property Information

| Owner | Company/Security Name | Type of Property | Property ID | Reported Date | Value |
|---|---|---|---|---|---|
| KILPATRICK KWAME M | TREASURY DEPT OF | CK30: STATE WARRANTS-GENERAL (Non Standard NAUPA Cod | 2627562 | 04/16/1992 | Cash: $ 2.04 |

*Property Information continued........*

| Owner | Company/Security Name | Type of Property | Property ID | Reported Date | Value |
|---|---|---|---|---|---|
| KILPATRICK KWAME M | DETROIT CITY OF | MS05: CUSTOMER OVERPAYMENTS | 2854839 | 07/14/1992 | Cash: $ 17.19 |
| KILPATRICK KWAME | GRAND HYATT WASHINGTON | MS16: MISC OUTSTANDING CHECKS | 9540927 | 09/14/2007 | Cash: $ 375.00 |
| KILPATRICK KWAME | MORTGAGE CENTER LC | CK05: DRAFTS | 9728090 | 10/31/2007 | Cash: $ 14.20 |
| KILPATRICK KWAME | COREWELL HEALTH | MS11: REFUNDS DUE | 12517028 | 10/28/2010 | Cash: $ 69.53 |
| KILPATRICK KWAME | HARLEY DAVIDSON CREDIT CORP | CK12: CREDIT CHECKS OR MEMOS | 15694133 | 06/26/2012 | Cash: $ 1.11 |
| KILPATRICK KWAME | FINANCIAL INDUSTRY REGULATORY AUTHORITY INC | CK13: VENDOR CHECKS | 15793349 | 06/28/2012 | Cash: $ 6,225.00 |
| **Grand Total of Property** | | | | Est. Cash: | $6,704.07 |

## D. Tangible Information

No Tangible Property Claimed

## E. Affidavit

Under penalties of perjury, I certify that the information provided on this claim form is true, and all supporting documents presented are either original or true, unaltered copies of the original documents. Upon payment of this claim, said claimant will indemnify and hold harmless the State of Michigan, its Officers and Employees from any damages, claims or losses of any kind resulting in payment of properties included in this claim.

_____
Signature of Claimant                                       _____  Date  (Must match Notary's signature date, if applicable)

_____
2nd Claimant Signature (Joint Accounts)                     _____  Date  (Must match Notary's signature date, if applicable)

## F. Notary

Sworn and subscribed by me the _____ day of _____, 20_____

_____          Notary for the State of _____ , County of _____
Notary Signature

_____          Commission Expires _____ day of _____, 20_____
Print Name

Michigan Unclaimed Property                                                                 Claim ID: 4034754

## Final Instructions

Please return the completed claim form along with the documentation listed in Section B to our office at your earliest convenience.

- You may upload the claim form and documentation via our website at www.michigan.gov/unclaimedproperty

    OR

- You may mail the documentation to our office at the address listed below:

    Michigan Department of Treasury
    Unclaimed Property
    P.O. Box 30756
    Lansing, MI 48909

If you have any questions or concerns about the information required on the claim form, please contact our office at (517) 636-5320, Monday through Friday, 9am to 2pm.



**MICHIGAN DEPARTMENT OF TREASURY**
**LANSING, MI 48922**

69 (3-00)



*** LANSING MI 488 03/21

PRESORTED
FIRST CLASS

U.S. District Court Clerk
Theodore Levin Courthouse
231 W Lafayette Blvd Room 599
Detroit, MI 48226

BTE-SSB 46226