UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v                                      Case No.: 2:22-MC-51143
                                      Hon. Nancy G. Edmunds

KWAME KILPATRICK,

       Defendant,

and

MICHIGAN DEPARTMENT
OF TREASURY,

       Garnishee.

_____/

## DEFENDANT'S REQUEST FOR HEARING
## ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS

I request a hearing about the garnishment for the following reasons:

I don't believe I owe the Government any monies. I believe that treasury funds and other money are exempt from Garnishment.

Dated:                            Signature: Kwame Kilpatrick
                                     Name: KWAME KILPATRICK
                                     Address: 506 INKBERRY DRIVE
                                     Phone No. (313) 444-5618

**\*\*IF YOU WANT A HEARING YOU MUST NOTIFY THE COURT AND THE UNITED STATES WITHIN TWENTY DAYS OF RECEIVING THE ANSWER FILED BY THE GARNISHEE.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

KWAME KILPATRICK,

       Defendant,

and

MICHIGAN DEPARTMENT
OF TREASURY,

       Garnishee.

_____/

Case No.: 2:22-MC-51143
Hon. Nancy G. Edmunds

## DEFENDANT'S REQUEST FOR HEARING
## ABOUT THE ANSWER FILED BY THE GARNISHEE

I request a hearing about the answer that was filed by the Garnishee for the following reasons:

I do not believe the Government has provided accurate information about money owed. I believe Treasury money is exempt from collection.

Dated: _____  Signature: *Kwame Kilpatrick*
Name: Kwame Kilpatrick
Address: 506 Inkberry Drive
Phone No. (313) 444-5618

**IF YOU WANT A HEARING YOU MUST NOTIFY THE COURT AND THE UNITED STATES WITHIN **TWENTY DAYS** OF RECEIVING THE ANSWER FILED BY THE GARNISHEE.

## CLAIM FOR EXEMPTION FORM EXEMPTIONS
## UNDER FEDERAL LAW (18 U.S.C.§ 3613)

INSTRUCTION: Some or all of your property may be exempt from garnishment. Please review the exemptions below. Mark those paragraphs that you believe set forth why your property is protected from being taken by the government to pay your debt.

**I believe that my property cannot be garnished because it is one or more of the following:**

✓ 1. Wearing apparel and school books. --- Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

✓ 2. Fuel, provisions, furniture, and personal effects. --- So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms or personal use, livestock, and poultry of the debtor, as does not exceed $11,390 in value.

✓ 3. Books and tools of a trade, business, or profession. --- So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $5,700 in value.

_____ 4. Unemployment benefits. --- Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____ 5. Undelivered mail. --- Mail, addressed to any person, which has not been delivered to the addressee.

_____ 6. Certain annuity and pension payments. --- Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____  7.  Workmen's Compensation. --- Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____  8.  Judgments for support of minor children. --- If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____  9.  Certain service-connected disability payments. --- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title38, United States Code) disability benefit under - (A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38.

_____  10.  Assistance under Job Training Partnership Act. --- Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

✓  11.  Minimum exemptions for wages, salary and other income. --- The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases.  The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed.  The aggregate disposable earning of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim of exemptions as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

Date:

_/s/ Kwame Kilpatrick_
Kwame Kilpatrick

**ATTACH THIS FORM TO YOUR REQUEST FOR HEARING.**

SS1