UNITED STATES  v. KWAME KILPATRICK

2:22-MC-51143

I received the garnishment packet sent to me by the Government by mail on Friday, April 26, 2024.

I am responding in writing on Monday, May 13th, 2024.

**I am formally requesting a hearing; I am also formally requesting that this matter be transferred to the federal judicial district where I reside in Georgia.**

Defendant believes that monies being sought by the Government are exempt from collection.

Also, the information provided by the Government in their response is not accurate, nor is it based on any information that has been presented to defendant at any time.

Defendant has maintained that there has been no accurate accounting, nor presentation thereof, of the forfeiture amount that was taken from his co-defendant, Bobby Ferguson. And therefore, there has not been an accurate figure presented for "credits applied" to the already arbitrary restitution amount.

Defendant desires to meet the instructions of the court relating to this matter. The accuracy of the dollar amount owed (if any) should be transparent to all.

**For the reasons presented, Defendant requests a hearing in the federal judicial district where he resides in Georgia.**

Respectfully,


Kwame Kilpatrick