UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

KWAME KILPATRICK,

       Defendant,
and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

       Garnishee.
_____/

Case No.: 2:22-MC-51143
Hon. Nancy G. Edmunds

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

    The United States of America, Plaintiff, makes an application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the Judgment entered against the Defendant, Kwame Kilpatrick as follows:

1. This Court entered an Amended Judgment against Kwame Kilpatrick in Criminal Case No.: 10CR20403 01 in the amount of $1,718,457.11. *See United States v. Kilpatrick*, No. 10CR20403 01, ECF No. 611. Interest is not accruing on the debt. *Id*. The sum of $894,775.93 has been credited to

the judgment debt, leaving a total balance due of **$823,681.18** as of December 11, 2025. Pursuant to 18 U.S.C. § 3612, payments are applied first to special assessments, then to restitution to all victims. The Defendant has also been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h) as applicable.

2. Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment, a lien arose against all of the Defendant's property and rights to property. The reference to rights to property of a defendant includes assets "owned or controlled by the defendant," (emphasis added). *See* 18 U.S.C. at § 3664(d)(3).

3. The Defendant-Judgment Debtor's full name is Kwame Malik Kilpatrick, Social Security Number is ***-**-7084, whose last known address is REDACTED, Novi, MI, 48374. Pursuant to Fed. R. Crim. P. 49.1, the Defendant's Social Security Number has been redacted to the last four digits. Upon request of the court, the defendant's full Social Security Number can be provided *in camera*.

4. More than 30 days has elapsed since demand for payment of the debt was made, and the Defendant has failed to satisfy the debt.

5. To enforce the judgment entered against the Defendant, the United States requests that a Writ of Continuing Garnishment be issued for service upon

the Garnishee. The name and address of the garnishee and its authorized agent is:

>Michigan Department of Treasury
>Third Party Withholding Unit
>P.O. Box 30785
>Lansing, MI 48909

6. The Garnishee, its affiliates, successors, or assigns, is believed to be in possession, custody, or control of substantial nonexempt property belonging to or due the Defendant, and said property is a nonexempt interest of the Defendant.

7. After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the Defendant and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the Defendant by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

[*Intentionally left blank*]

                              Respectfully submitted,

                              JEROME F. GORGON JR.
                              United States Attorney

                By:   /s/ Jessica A. Nathan
                       JESSICA A. NATHAN
                       Assistant United States Attorney
                       211 W. Fort St., Ste. 2001
                       Detroit, Michigan 48226
                       Phone: (313) 226-9643
                       E-mail: jessica.nathan@usdoj.gov

Dated: December 11, 2025       Bar No.: TX 24090291

TK