UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

KWAME KILPATRICK,

    Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

    Garnishee.
_____/

Case No.: 2:22-MC-51143
Hon. Nancy G. Edmunds



## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:    Michigan Department of Treasury
Third Party Withholding Unit
P.O. Box 30785
Lansing, Michigan 48909

An application for Writ of Continuing Garnishment against the property of Kwame Kilpatrick, whose Social Security Number is ***-**-7084, has been filed to enforce a criminal judgment for restitution on behalf of the United States. As of December 11, 2025, the outstanding balance is $823,681.18.[1]

The name and address of the Garnishee is:

---

[1] Defendant has been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h), as applicable.

      Michigan Department of Treasury
      Third Party Withholding Unit
      P.O. Box 30785
      Lansing, Michigan 48909

The name and address of counsel for the United States is:

      Jessica A. Nathan, AUSA
      211 W. Fort St., Ste. 2001
      Detroit, MI 48226

The last known address of the Defendant, Kwame Kilpatrick, is:

      Kwame Kilpatrick
      REDACTED
      Novi, MI 48374

Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest and for which you are or may become indebted to the Defendant, including but not limited to disposable earnings and/or wages, and any retirement or investment accounts. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this Writ is listed in the enclosed Clerk's Notice. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id.*

**You are required by law to file an Answer in writing, under oath, within ten (10) days, whether or not you have, or may in the future have, in your custody, control or possession, any property owned by the Defendant, Kwame Kilpatrick, including non-exempt, disposable earnings and any**

**retirement or investment accounts.**

If you are represented by counsel who is an Electronic Case Files (ECF) system user in the Eastern District of Michigan, your attorney may file your Answer electronically in ECF. Otherwise, mail or deliver the original answer to the United States District Clerk at: Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226. A copy of your Answer must also be served upon the Defendant, Kwame Kilpatrick, with a last known address at REDACTED, Novi, MI, 48374, and upon the attorney for the Government: Jessica A. Nathan, United States Attorney's Office, 211 W. Fort St., Ste. 2001, Detroit, MI 48226. A sample Answer Form is included for your convenience.

Pursuant to the provisions of Section 3613(a) of Title 18, there may be property which is exempt from this Writ. All non-exempt property belonging to the Defendant, including but not limited to twenty-five percent (25%) of the non-exempt disposable earnings currently owed and owed in the future to the Defendant, must be withheld from and retained by you pending further order of the Court.

It is unlawful to pay or deliver to the Defendant any item attached by this Writ. If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. *See* 28 U.S.C. § 3205(c)(6). If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter

a judgment against you for the value of the Defendant's non-exempt property. *Id.* Additionally, you may be held liable for a reasonable attorney's fee to the United States of America. *Id.*

                              KINIKIA ESSIX
                              UNITED STATES DISTRICT COURT CLERK
                              EASTERN DISTRICT OF MICHIGAN

Dated: 12/11/2025      By: _____
                          Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No.: 2:22-MC-51143
v                                       Hon. Nancy G. Edmunds

KWAME KILPATRICK,

        Defendant,
and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

        Garnishee.
_____/

**CLERK'S NOTICE OF GARNISHMENT**

You are hereby notified, pursuant to 28 U.S.C. § 3202, that a garnishment is being taken by the United States of America, which has a judgment in Case No.: 10CR20403 01 in the United States District Court for the Eastern District of Michigan, Southern Division in the sum of $1,718,457.11. As of December 11, 2025, the outstanding balance is $823,681.18. The Defendant has been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h), as applicable.

Exemptions may protect the property from being taken by the United States if you can show exemptions apply. Below is a summary of the only exemptions that

apply to the enforcement of judgments for criminal fines and restitution under 18 U.S.C. § 3613(a)(1) and 26 U.S.C. §§ 6334(a):

1. Wearing apparel and school books. 26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $11,710.00. 26 U.S.C. §§ 6334(a)(2) & (g).

3. Books and tools of a trade, business, or profession that do not exceed $5,860.00. 26 U.S.C. § 6334(a)(3) & (g).

4. Unemployment benefits. 26 U.S.C. § 6334(a)(4).

5. Undelivered mail. 26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments.–Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor Roll, and annuities based on retired or retainer pay. 26 U.S.C. § 6334(a)(6).

7. Workmen's compensation. 26 U.S.C. § 6334(a)(7).

8. Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children. 26 U.S.C. § 6334(a)(4)(8).

9. Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

If you are the Defendant, KWAME KILPATRICK, you have a right to ask the Court to return your property to you if you think you do not owe the debt to the Government, or if you think the property the Government seeks qualifies under one of the above exemptions.

**There is no exemption solely because you are having difficulty paying your debts.**

**If you want a hearing, you must notify the Court within 20 days after you receive this notice. 28 U.S.C. § 3202(d). Your request must be in writing.** You may use the attached form to request the hearing. If you are represented by counsel who is an Electronic Case Files (ECF) system user in the Eastern District of Michigan, your attorney may file your Claim for Exemption and Request for Hearing or Transfer Form electronically in ECF. Otherwise, mail or deliver the original request to the United States District Clerk at: Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226. You must also mail a copy to AUSA Jessica A. Nathan, 211 W. Fort St., Ste. 2001, Detroit, MI 48226 so the Government will know you want a hearing.

If you request a hearing in writing, the court shall hold a hearing, within 10 days after the date the request is received by the court, or as soon thereafter as is practicable, and give notice of the hearing date to all the parties. 28 U.S.C. § 3202(d).

**At the hearing you must be prepared to explain to the judge why you believe the property the Government seeks is exempt or why you think that you do not owe the debt to the Government.** *Id.* If you do not request a hearing, your property may be delivered to the United States and applied to the debt you owe. *Id.*

**If you think you live outside the federal judicial district where this Court**

is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by this Court to the federal judicial district in which you reside. 28 U.S.C. § 3202(d). You must make your request in writing. If you are represented by counsel who is an ECF system user in the Eastern District of Michigan, your attorney may file your Claim for Exemption and Request for Hearing or Transfer Form electronically in ECF. Otherwise, mail or deliver the original request to the United States District Clerk at: Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226. You must also mail a copy to AUSA Jessica A. Nathan, 211 W. Fort St., Ste. 2001, Detroit, MI 48226 so the Government will know you want the proceeding transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance. *The Clerk or the Court is not permitted to give legal advice but may refer you to other sources of information.*

                                      KINIKIA ESSIX  
                                      UNITED STATES DISTRICT COURT CLERK  
                                      EASTERN DISTRICT OF MICHIGAN

                          By: _____  
Dated: 12/11/2025                 Deputy Clerk

TK