UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No.:  2:22-mc-51143
v                                            Hon. Nancy G. Edmunds

KWAME KILPATRICK,

       Defendant.
_____/

**UNITED STATES' NOTICE OF MATERIAL FILED UNDER SEAL**

Pursuant to LR 5.3(a), the United States provides notice it has filed under seal Exhibits C and D of the United States' Response in Opposition to Defendant's Motion to Strike and Objection to Garnishment [ECF No. 34]. ECF No. 42.

The material has been filed under seal pursuant to the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401 *et seq*.

Exhibit C contains detailed information of the Defendant's payment history of his restitution. Exhibit D also contains detailed information of the Defendant, and his co-defendant, Bobby Ferguson's, payment history of their restitution. Both detailed financial histories are within the financial information the federal government cannot disclose except in accordance with certain provisions of the RFPA, none of which are applicable in this instance.

                                  Respectfully submitted,

                                  JEROME F. GORGON, JR.
                                  United States Attorney

                    By:   /s/ Jessica A. Nathan
                            JESSICA A. NATHAN
                            Assistant United States Attorney
                            211 W. Fort St., Ste. 2001
                            Detroit, MI 48226
                            Phone: (313) 226-9643
                            E-mail: jessica.nathan@usdoj.gov
Dated:  January 5, 2026        Bar No.: (TX 24090291)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, the foregoing was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record for the captioned matter as identified on CM/ECF.

I further certify that I have mailed the foregoing document, by United States Postal Service, to the following non-CM/ECF participants, utilizing the last known address available to the United States Attorney's Office for the Eastern District of Michigan.

>Kwame M. Kilpatrick
>XXXX
>Northville, MI XXXXX
>*Defendant-Judgment Debtor*

>/s/ Jessica A. Nathan
>JESSICA A. NATHAN
>Assistant United States Attorney
>211 W. Fort St., Ste. 2001
>Detroit, Michigan 48226
>Phone: (313) 226-9643
>E-mail: Jessica.Nathan@usdoj.gov
>Bar No.: (TX 24090291)