7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

KWAME KILPATRICK,

       Defendant,

and

MICHIGAN SCHOOLS &
GOVERNMENT CREDIT UNION,

       Garnishee.
_____/

Case No.: 2:22-mc-51143
Hon. Nancy G. Edmunds

FILED
CLERK'S OFFICE
JAN 21 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

## ANSWER OF THE GARNISHEE

I, _Andrea Kline_, the _Records Representative_ of Garnishee,
  (name)            (title)

**MICHIGAN SCHOOLS & GOVERNMENT CREDIT UNION**, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[ ✓ ] An individual doing business in the name of _Michigan Schools Government Credit Union_

[ ___ ] A partnership, [ ___ ] LP, [ ___ ] LLP, or LLC,

[ ___ ] A corporation, organized under the laws of the State of _____,

[ ___ ] An executor or personal representative of an estate in the County of _____, State of _____,

[____] Other: _____.

On <u>1-9-26</u>, Garnishee was served with a Writ of Continuing
   (date)

Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:**

**Account 1**
Type: -0- NONE
No. _____
Title owner(s): _____
Amount: $ _____

**Account 2**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 3**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**2. Safety Deposit Box:**

Box No.: -0- NONE
Last accessed: _____
Owner(s) other than Judgment Debtor: _____
_____

**3. Real Property located at:** -0- NONE
_____
_____

**4. Detail other personal property in the Garnishee's possession, custody, or control:** -0- NONE
_____
_____

5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [____] Yes or [ ✓ ] No

If the answer is yes, describe below (include case number, state, county):
_____
_____

**DO NOT DISBURSE WITHHOLDINGS
UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE
FOR A FEE FOR THE EMPLOYER.**

6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest? [____] Yes or [ ✓ ] No

If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. |   |   |   |
| 2. |   |   |   |
| 3. |   |   |   |
| 4. |   |   |   |

Other details: _____
_____
_____

3

IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:

Check and complete the applicable line below:

[____] Garnishee has the following objection(s), defense(s), or set-off(s):

[ ✓ ] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) KWAME KILPATRICK, at: 506 Inkberry Dr Griffin GA 30223

(2) [____] by electronic filing or [ ✓ ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [____] by electric filing or [ ✓ ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2026.

_____Andrea Kline_____    _____Andrea Kline_____
(Signature)                              (Print Name)

Title  Records Representative

Address  40400 Garfield Rd.

City, State, Zip  Clinton Twp, MI 48038

Telephone and Fax Number  586-263-8800

Email  akline@msgcu.org

---

### Notary Public Section

STATE OF _____ §

COUNTY OF _____ §

    The foregoing was SUBSCRIBED AND SWORN TO before me on this ____ day of _____, 202__, by _____.
                                                                                     [Name of Affiant]

_____
                                                  Notary Public

[Seal]

    My commission expires: _____.

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-13-26  .
[Date]

*Andrea Cuie* (signature)
[Signature]

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____.
[Date]

_____
[Signature]

6



**MICHIGAN**
Schools & Government
CREDIT UNION

40400 Garfield Road
Clinton Township, MI 48038

Address Service Requested

RECEIVED
JAN 21 2026
CLERK'S OFFICE
DETROIT

CERTIFIED MAIL
7021 0950 0002 1380 3588

CLERK, U.S. DISTRICT COURT
231 WEST LAFAYETTE BLVD RM 599
DETROIT MI 48226