

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

        Case No.: 2:22-mc-51143
        Hon. Nancy G. Edmunds

KWAME KILPATRICK,

        Defendant,

and

TRUSTAGE FINANCIAL GROUP, INC.,

        Garnishee.

        FILED JAN 27 2026 CLERK'S OFFICE DETROIT

_____/

## ANSWER OF THE GARNISHEE

I, **Carla Zick** (name), the **Law Specialist II** (title) of Garnishee,

**TRUSTAGE FINANCIAL GROUP, INC.**, state under penalty of perjury as follows: GARNISHEE IS (choose one):

[    ] An individual doing business in the name of _____,

[    ] A partnership, [    ] LP, [    ] LLP, or LLC,

[ ✓ ] A corporation, organized under the laws of the State of **Iowa**,

[    ] An executor or personal representative of an estate in the County of _____, State of _____,

[    ] Other: _____.

On  _January 14, 2026_ , Garnishee was served with a Writ of Continuing
       (date)
Garnishment. At the time Garnishee was served with the Writ, Garnishee had

in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:**

**Account 1**
Type: _Term Life_
No. _51 LC4436488_
Title owner(s): _Kwame Kilpatrick_
Amount: $ _100,000_

**Account 2**
Type: _Term Life_
No. _51 LC4436487_
Title owner(s): _Laticia Marie Kilpatrick_
Amount: $ _100,000_

**Account 3**
Type: _AD+D_
No. _021-0805 Q7246834_
Title owner(s): _Laticia Bolden_
Amount: $ _1,000_  (Kilpatrick)

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**2. Safety Deposit Box:**

   Box No.: _____
   Last accessed: _____
   Owner(s) other than Judgment Debtor: _____
   _____

**3. Real Property located at:**
_____
_____

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
_____
_____

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [    ] Yes or [ X ] No

2

If the answer is yes, describe below (include case number, state, county):

_____
_____

**DO NOT DISBURSE WITHHOLDINGS
UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE
FOR A FEE FOR THE EMPLOYER.**

6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest? [____] Yes or [ X ] No

If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. |   |   |   |
| 2. |   |   |   |
| 3. |   |   |   |
| 4. |   |   |   |

Other details: _____
_____
_____

3

IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:

Check and complete the applicable line below:

[ ____ ] Garnishee has the following objection(s), defense(s), or set-off(s):

[ ____ ] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) KWAME KILPATRICK, at: _CT 22470 Southwyck, Novi, MI 48374-3786_

(2) [ ____ ] by electronic filing or [ ✓ ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [ ____ ] by electric filing or [ ✓ ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __20__ day of __January__, 20__26__.

__*Carla Zee*__ (Signature)    __Carla Zick__ (Print Name)

Title __Law Specialist II__

Address __5910 Mineral Point Road__

City, State, Zip __Madison, WI 53705__

Telephone and Fax Number __608.665.7920__ / __608.236.7920__

Email __Carla.Zick@trustage.com__

---

**Notary Public Section**

STATE OF __Wisconsin__ §

COUNTY OF __Dane__ §

The foregoing was SUBSCRIBED AND SWORN TO before me on this __20__ day of __January__, 202__6__, by __Carla Zick__.
[Name of Affiant]

*Nancy Warner* — Notary Public

[Seal: NANCY WARNER, NOTARY PUBLIC, STATE OF WISCONSIN]

My commission expires: __1/22/2029__

5

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _____.
                      *[Date]*

                                        _____
                                              *[Signature]*

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on _____.
                        *[Date]*

                                        _____
                                              *[Signature]*

