UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

KWAME KILPATRICK,

        Defendant,
and

COMERICA BANK,

        Garnishee.
_____/

Case No.: 2:22-mc-51143
Hon. Nancy G. Edmunds

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 3202(c), the undersigned Assistant United States Attorney certifies that the following documents:

1. 28 U.S.C. § 3202(b) Notice of Enforcement
2. Application for Writ of Garnishment
3. Writ of Garnishment
4. Clerk's Notice of Exemptions and Hearing; and
5. Letter of Instructions

were served on the following potentially interested parties whom the United States, after diligent inquiry, has reasonable cause to believe has an interest in property to which the garnishment is directed on January 13, 2026:

1. Laticia Kilpatrick; and

2. Pathfinder Consulting, LLC.

                                         Respectfully submitted,

                                         JEROME F. GORGON, JR.
                                         United States Attorney


                               By:   /s/ Jessica A. Nathan
                                         JESSICA A. NATHAN
                                         Assistant United States Attorney
                                         211 W. Fort St., Ste. 2001
                                         Detroit, MI 48226
                                         Phone: (313) 226-9643
                                         E-mail: jessica.nathan@usdoj.gov
Dated: January 27, 2026               Bar No.: (TX 24090291)