# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

        Case No.: 2:22-mc-51143
        Hon. Nancy G. Edmunds

KWAME KILPATRICK,

        Defendant,

and

NAVY FEDERAL CREDIT UNION,

        Garnishee.

_____/

FILED JAN 27 2026 CLERK'S OFFICE DETROIT

## ANSWER OF THE GARNISHEE

I, __Steven Burnette__, the __Garnishment Specialist__ of Garnishee,
   (name)                 (title)

**NAVY FEDERAL CREDIT UNION**, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[   ] An individual doing business in the name of _____,

[   ] A partnership, [   ] LP, [   ] LLP, or LLC,

[ X ] A ~~corporation~~ Federally Chartered Credit Union, organized under the laws of the State of __Virginia__,

[   ] An executor or personal representative of an estate in the County of

_____, State of _____,

[   ] Other: _____.

On <u>1/8/2026</u>, Garnishee was served with a Writ of Continuing
(date)
Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:**

**Account 1**
Type: Checking
No. XXXXXX8021
Title owner(s): KWAME M KILPATRICK
Amount: $ 0.37

**Account 2**
Type: Checking
No. XXXXXX7395
Title owner(s): LATICIA M KILPATRICK
Amount: $ 1.00

**Account 3**
Type: Saving
No. XXXXXX5192
Title owner(s): KWAME M KILPATRICK
Amount: $ 1.00

**Account 4**
Type: Saving
No. XXXXXX4542
Title owner(s): LATICIA M KILPATRICK
Amount: $ 1.00

**2. Safety Deposit Box:**

Box No.: N/A
Last accessed:
Owner(s) other than Judgment Debtor:

**3. Real Property located at:**
N/A

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
N/A

5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [＿＿] Yes or [X] No

If the answer is yes, describe below (include case number, state, county):

_____
_____

**DO NOT DISBURSE WITHHOLDINGS
UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE
FOR A FEE FOR THE EMPLOYER.**

6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest? [＿＿] Yes or [X] No

If the answer is yes, describe below (include any case number, state, county):

|    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|----|-------------------------|-------------------|----------------------------------------------|
| 1. |                         |                   |                                              |
| 2. |                         |                   |                                              |
| 3. |                         |                   |                                              |
| 4. |                         |                   |                                              |

Other details: _____
_____
_____

IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:

Check and complete the applicable line below:

[____] Garnishee has the following objection(s), defense(s), or set-off(s):

[____] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) KWAME KILPATRICK, at: 200 S WING ST UNIT 5332 NORTHVILLE, MI 48167-1847

(2) [____] by electronic filing or [ X ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [____] by electric filing or [ X ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

4

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __16th__ day of __January__, 20__26__.

_____(Signature)_____     __Steven Burnette__
                                (Print Name)

Title __Garnishment Specialist__

Address __820 Follin Ln__

City, State, Zip __Vienna VA 22180__

Telephone and Fax Number __703-206-2046 option 2__

Email _____

### Notary Public Section

STATE OF __Virginia__ §

COUNTY OF __Fairfax__ §

The foregoing was SUBSCRIBED AND SWORN TO before me on this __16th__ day of __January__, 20__26__, by __Steven Burnette__.
                                                                [Name of Affiant]

_____
Notary Public

[Seal]

My commission expires: __3/31/2027__.

5

FRANCESCA G O'CONNOR
Notary Public
Commonwealth of Virginia
Registration No. 7107007
My Commission Expires Mar 31, 2027

Clerk, US District Court
231 W. Lafayette Blvd Rm 599
Detroit MI 48226

**RE:**

        **CASE NO.:**

**NAVY FEDERAL Credit Union**

P.O. Box 3000
Merrifield, VA 22119-3000

E-4 (12-19)

4822642718 0052

RECEIVED
JAN 27 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

FIRST-CLASS



ZIP 22180
02 7W
0008044272
US POSTAGE and PITNEY BOWES
$ 001.03⁰
JAN 20 2026