# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No.:  2:22-mc-51143

v                                        Hon. Nancy G. Edmunds

KWAME KILPATRICK,

        Defendant.

_____/

## **UNITED STATES' NOTICE OF MATERIAL FILED UNDER SEAL**

Pursuant to LR 5.3(a), the United States provides notice it has submitted for entry under seal a Stipulated Agreement for Final Order of Continuing Garnishment.

The material has been submitted for entry under seal pursuant to the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401 *et seq*, and the Privacy Act of 1974, 5 U.S.C. § 552a, *et seq*.

The Stipulated Agreement for Final Order of Continuing Garnishment contains detailed information concerning the Defendant's finances and are within the financial information the federal government cannot disclose except in accordance with certain provisions of the RFPA and the Privacy Act, none of which are applicable in this instance.

                                                        Respectfully submitted,

                                                        JEROME F. GORGON, JR.
                                                        United States Attorney

                                                                                                    By:   /s/ Jessica A. Nathan  
                                                                                                                            JESSICA A. NATHAN  
                                                                                                                            Assistant United States Attorney  
                                                                                                                            211 W. Fort St., Ste. 2001  
                                                                                                                            Detroit, MI 48226  
                                                                                                                            Phone: (313) 226-9643  
                                                                                                                            E-mail: jessica.nathan@usdoj.gov  
Dated: January 30, 2026                                Bar No.: (TX 24090291)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, the foregoing was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record for the captioned matter as identified on CM/ECF.

I further certify that I have mailed the foregoing document, by United States Postal Service, to the following non-CM/ECF participants, utilizing the last known address available to the United States Attorney's Office for the Eastern District of Michigan.

    Kwame M. Kilpatrick
    XXXX
    Northville, MI XXXXX
    *Defendant-Judgment Debtor*

    /s/ Jessica A. Nathan
    JESSICA A. NATHAN
    Assistant United States Attorney
    211 W. Fort St., Ste. 2001
    Detroit, Michigan 48226
    Phone: (313) 226-9643
    E-mail: Jessica.Nathan@usdoj.gov
    Bar No.: (TX 24090291)