UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Crim. Case No. 10-20403

v.                                           Misc. Case No. 22-51143

KWAME M. KILPATRICK,                 Honorable Nancy G. Edmunds

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO MODIFY/TERMINATE RESTITUTION IN CRIMINAL CASE AND DEFENDANT'S MOTION TO STRIKE AND OBJECTION TO CONTINUING GARNISHMENT IN MISCELLANEOUS CASE**

An amended judgment was imposed against Defendant Kwame M. Kilpatrick in criminal case no. 10-20403 in the amount of $1,718,457.11. (Case No. 10-20403, ECF No. 617, PageID.17686.) The government's efforts to enforce that judgment have taken place within miscellaneous action no. 22-51143. As a part of those efforts, in December 2025, the government filed several applications for writs of continuing garnishment. (Case No. 22-51143, ECF Nos. 25, 26-32.) On December 8, 2025, Defendant filed a motion to modify/terminate restitution in the criminal case. (Case No. 10-20403, ECF No. 722.) And on December 19, 2025, Defendant filed a motion to strike and objection to continuing garnishment in the miscellaneous case. (Case No. 22-51143, ECF No. 34.) In both motions, Defendant argued that his restitution balance should be considered satisfied in full. On this date, however, the Court approved and issued a stipulated agreement for final order of continuing garnishment to the Michigan Legislative Retirement System under seal in the miscellaneous case. (Case No. 22-51143, ECF No. 58.) The Court also approved and issued a stipulated payment plan order under seal in the criminal case.

1

(Case No. 10-20403, ECF No. 726.) The government has provided notice that both orders were submitted for entry under seal because they contain detailed information concerning Defendant's finances and are within the financial information the federal government cannot disclose except in accordance with certain provisions of the Right to Financial Privacy Act of 1978 and the Privacy Act of 1974, none of which are applicable here. (*See* Case No. 10-20403, ECF No. 725; Case No. 22-51143, ECF No. 57.) In both orders, the parties agreed and stipulated that the total balance due on the judgment as of January 27, 2026, is $823,649.09. Defendant also waived his right to a hearing pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990 ("FDCPA") and any other process to which he may be entitled under the FDCPA. He also agreed and stipulated that his pension benefits and other income are subject to garnishment. Accordingly, Defendant's motions are DENIED as moot.

    SO ORDERED.

                                            <u>s/Nancy G. Edmunds</u>
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: February 2, 2026