**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,               Case No.:   2:22-mc-51143

v                                Hon. Nancy G. Edmunds

 KWAME KILPATRICK,

        Defendant,

and

MICHIGAN LEGISLATIVE
RETIREMENT SYSTEM,

        Garnishee.

_____/

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. §§ 3202(c) and 3205(c), the undersigned Assistant United States Attorney certifies that the (sealed) *Stipulated Agreement for Final Order of Continuing Garnishment* (ECF No. 58) was served on the Garnishee and the Defendant-Judgment Debtor in accordance with Fed. R. Civ. P. 4 on January 2, 2026.

\\

\\

\\

\\

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

By:   /s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9643
E-mail: jessica.nathan@usdoj.gov
Dated:  January 2, 2026          Bar No.: (TX 24090291)