# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

LATICIA KILPATRICK
A/K/A LATICIA MCGEE
A/K/A LATICIA M BOLDEN AS NOMINEE
OF KWAME KILPATRICK,

       Defendant,

and

COMERICA BANK,

and

       Garnishee.

                                                          /

Case No.: 2:22-mc-51143
Hon. Nancy G. Edmunds

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant, Kwame Malik Kilpatrick, Social Security No. \*\*\*-\*\*-7084, whose last known address is: REDACTED, Novi, MI 48167, in Case No.: 10CR20403 01 in the amount of $1,718,457.11. *See United States v. Kilpatrick*, No. 10CR20403 01, ECF No. 617. The sum of $894,775.93 has been credited to the judgment debt, leaving a total balance

due of **$823,681.18** as of February 4, 2026.[1] LaTicia Kilpatrick, a/k/a LaTicia McGee, a/k/a LaTicia M. Bolden is responsible as nominal holder of funds belonging to or held on behalf of Kwame Kilpatrick. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from February 4, 2026, and debtor has failed to satisfy the debt.

The Garnishee, its affiliates, successors, or assigns, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

> Comerica Bank
> Garnishments Unit, M/C 7549
> 36455 Corporate Dr.
> Farmington Hills, MI 48331

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the debtor by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in

---

[1] Pursuant to 18 U.S.C. § 3612, payments are applied first to special assessments, then to restitution to all victims. The Defendant has also been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h) as applicable.

economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

                                                                                        Respectfully submitted,

                                                                                        JEROME F. GORGON JR.
United States Attorney

/s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: Jessica.Nathan@usdoj.gov

Date: February 4, 2026                      Bar No.: (TX 24090291)