UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No.: 2:22-mc-51143

v                                         Hon. Nancy G. Edmunds

KWAME KILPATRICK,

       Defendant,
and

NAVY FEDERAL CREDIT UNION,

       Garnishee.

_____/

## GARNISHEE ORDER TO PAY

The United States requested a Writ of Garnishment for funds belonging to or being held on behalf of the Defendant, Kwame Kilpatrick. ECF No. 26. The Writ of Garnishment was issued on December 17, 2025, and served on all known interested parties on January 2, 2026. ECF No. 39 and 50.

On December 19, 2025, the Defendant filed a Motion to Strike and Objection to the Garnishments. ECF No. 34.

On January 27, 2026, the Garnishee, Navy Federal Credit Union filed its Answer disclosing it has possession, custody, or control of property on behalf of Kilpatrick. ECF No. 56, at PageID. 458. In addition, the Garnishee, Navy Federal

Credit Union reported it held jointly owned property in which Kilpatrick has an interest. *Id*.

February 2, 2026, the Court entered an order denying the Defendant's Motion to Strike and Objection to the Garnishments after the parties submitted a stipulated payment plan and agreed garnishment order concerning the Defendant's pension plan. ECF No. 59.

The purported co-owner of the Defendant's property held by Navy Federal Credit Union has not requested a hearing or objected to the garnishment and the statutory period to do so has expired. *See* 18 U.S.C. § 3202(d).

The Court having reviewed the record, NOW, THEREFORE;

**IT IS ORDERED** that the Garnishee, Navy Federal Credit Union, shall immediately make payable to the Clerk of the Court, 100% of the Defendant Judgment-Debtor, Kwame Kilpatrick's property as identified in its Answer, including any property frozen at the time of service of the Writ, on or about January 8, 2026, or thereafter deposited into the share account;

**IT IS FURTHER ORDERED** that the Garnishee, Navy Federal Credit Union, shall remit said funds to the United States, and be made payable to the "Clerk of the Court (USDC – EDMI)" with reference to **10CR20403 01**, and sent to: Theodore Levin U.S. Courthouse, Attn: Financial, 231 W. Lafayette Blvd., Rm 599, Detroit, MI 48226;

**IT IS FURTHER ORDERED** that upon receipt of the funds from the liquidation of the affected account(s), the United States acknowledges that the Writ of Garnishment issued on or about December 17, 2025, shall be dissolved; and any and all freezes imposed on Kwame Kilpatrick's account(s) at the Navy Federal Credit Union shall be released; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment entered in case number **10CR20403 01**.

**IT IS SO ORDERED**.

Dated: March 10, 2026

s/Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Court