

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

PATHFINDER CONSULTING
FIRM, LLC, AS NOMINEE OF
KWAME KILPATRICK,

        Defendant,

and

COMERICA BANK,

        Garnishee.

_____/

Case No.: 2:22-mc-51143
Hon. Nancy G. Edmunds

F I L E D
MAR 18 2026
CLERK'S OFFICE
DETROIT

## ANSWER OF THE GARNISHEE

I, __NANCY ZORA_____, the __LPS ANALYST__ of Garnishee,
    (name)                  (title)

**COMERICA BANK,** state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[    ] An individual doing business in the name of ____COMERICA____,

[____] A partnership, [____] LP, [____] LLP, or LLC,

[____] A corporation, organized under the laws of the State of _____,

[____] An executor or personal representative of an estate in the County of

_____, State of _____,

[_____] Other: _____

On ___2-18-2026_____, Garnishee was served with a Writ of Continuing
        (date)
Garnishment. At the time Garnishee was served with the Writ, Garnishee had

in its possession or control, the following property of the Judgment Debtor:

## 1. Financial Accounts:

**Account 1**
Type: _____BUSINESS CHECKING_____
No. ___XXXX2067___
Title owner(s): ___PATHFINDER CONSULTING FIRM LLC___
Amount: $ ___$13,167.33 (Prior Hold in Place)___

**Account 2**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 3**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

## 2. Safety Deposit Box:

Box No.: ___N/A_____
Last accessed: _____
Owner(s) other than Judgment Debtor: _____

## 3. Real Property located at:

22470 SOUTHWYCK CT
NOVI MI 48374

## 4. Detail other personal property in the Garnishee's possession, custody, or control:

N/A

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [_____] Yes or [ X ] No

If the answer is yes, describe below (include case number, state, county):
N/A

## DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.

### NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.

**6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest?** [_____] Yes or [ X ] No

If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. |  |  |  |
| 2. |  |  |  |
| 3. |  |  |  |
| 4. |  |  |  |

Other details: N/A

3

IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:

Check and complete the applicable line below:

[ ___ ] Garnishee has the following objection(s), defense(s), or set-off(s):

[ ___ ] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) PATHFINDER CONSULTING, LLC, AS NOMINEE OF KWAME KILPATRICK, at: _____2-19-26_____ _____ _____ __

(2) [ _ ] by electronic filing or [ X ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [ ___ ] by electric filing or [ X ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

4

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 20____.

NANCY K ZORA _____          NANCY ZORA _____
     (Signature)                                   (Print Name)

Title _____ LPS ANALYST _____

Address _____

City, State, Zip _____

Telephone and Fax Number _____

Email _____

_____

### Notary Public Section

STATE OF _____ §

COUNTY OF _____ §

     The foregoing was SUBSCRIBED AND SWORN TO before me on this _____ day of _____, 202___, by _____.

                                  [Name of Affiant]

                                 _____

[Seal]                                   *Notary Public*

     My commission expires: _____.

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

*[Date]*

_____

*[Signature]*

---

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____.

*[Date]*

_____

*[Signature]*

6

FIRST-CLASS
AUTO LETTER

US POSTAGE PITNEY BOWES

ZIP 45227
02 7W
0008039021 MAR 09 2026

$ 000.64[1]

※※03-10-2026 CIN OH 452 $0.00

RECEIVED

MAR 18 2026

CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

363 ATK-NAB 48226